**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**
**CRIMINAL ACTION NO. 6:06-CR-94-DCR**

**UNITED STATES OF AMERICA, PLAINTIFF,**

**VS.**

**ASHA VENTURES, LLC,**
**Successor in interest to Asha Enterprises, Inc.,**

**And**

**NARAYAN, LLC., DEFENDANTS.**

---

MEMORANDUM AS TO UNRESOLVED OBJECTIONS
TO THE PRESENTENCE INVESTIGATION REPORT

---

Come Defendants, Asha Ventures, LLC, and Narayan, LLC, by counsel, and respectfully offer the following in support of their objections to the Presentence Investigation Report.

The only unresolved objection to the Presentence Report is the Defendants' assertion that they are entitled to the three-level reduction pursuant to § 3E1.1. As stated in the Defendant's objections, Asha and Narayan have accepted responsibility for their role in the offense, and entered into the plea agreement in a timely fashion. Upon speaking with the Assistant United States Attorney, the parties agree that there is no case law on point regarding this issue. This only stands to reason that the reduction would in fact apply to the offense level. As the Defendants' guideline fine range is based mainly on the offense level, it is imperative to the welfare of the Defendant Companies that the reduction be applied.

Respectfully Submitted,

/s/ Warren N. Scoville

Hon. Warren N. Scoville
THE SCOVILLE FIRM
105 North Main Street
London, Kentucky 40741
Telephone: (606) 878-6400
E-mail: wns@scovillelaw.com
COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 10, 2006 the foregoing Memorandum was electronically filed with the clerk of the court by using the CM/ECF system. It is also hereby certified that a copy of the foregoing shall be delivered to Hon. David Mayre and Hon. Frances Catron via CM/ECF.

/s/ Warren N. Scoville

Hon. Warren N. Scoville
COUNSEL FOR DEFENDANTS