Eastern District of Kentucky
FILED
NOV 01 2006
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON**

**CRIMINAL NO. 06-94-DCR**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **FINAL DECREE AND ORDER OF FORFEITURE**

**ASHA VENTURES, LLC**
**NARAYAN LLC** **DEFENDANTS**

* * * * *

WHEREAS, on July 20, 2006 the defendants entered into a Plea Agreement with the United States in which the defendants agreed to pay $1,500,000.00 in lieu of forfeiture of real property which facilitated the offense alleged in Count 1 of the information, for which the defendants have been convicted;

AND WHEREAS, the United States has filed a Motion for Entry of a Final Order of Forfeiture which would consist of a personal money judgment against the defendants in the amount of $1,500,000.00;

AND WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

AND WHEREAS, the defendants have paid $1,500,000.00 in full satisfaction of the money judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Department of the Treasury Internal Revenue Service (IRS) shall

forthwith seize $750,000.00 of the forfeited property and dispose of it in accordance with the law;

2. That the Department of Homeland Security Immigration and Customs Enforcement (ICE) shall forthwith seize $750,000.00 of the forfeited property and dispose of it in accordance with the law;

3. That the following property be forfeited to the United States of America pursuant to 18 U.S.C. §§ 982(a)(1) and (6)(A) & (B), 21 U.S.C. §853, and no right, title or interest in the property shall exist in any other party:

**CURRENCY:**
$1,500,000.00 (One Million Five Hundred Thousand Dollars) in United States currency

4. That the forfeited property listed herein be disposed of according to law.

5. That all forfeited funds, after payment of costs and expenses incurred in connection with the forfeiture, shall be deposited forthwith by IRS and ICE into the appropriate assets forfeiture funds in accordance with 28 U.S.C. § 524(c), and 21 U.S.C. § 881(e), and 31 U.S.C. § 9703(o).

Dated this 15th day of November, 2006.

UNITED STATES DISTRICT JUDGE

Prepared by:

AMUL R. THAPAR
UNITED STATES ATTORNEY

s/ David Y. Olinger, Jr.
Assistant United States Attorney
110 West Vine Street, Suite 400
Lexington, Kentucky 40507-1671
(859) 233-2661, Ext. 155
Fax: (859) 233-2658
E-mail: david.olinger@usdoj.gov